*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents from the ruling in paragraph 2, and from the judgment.*

## MᴄIɴᴛʏʀᴇ et al. v. Cɪᴛʏ ᴏꜰ Vɪᴅᴀʟɪᴀ.

Bᴇᴄᴋ, Presiding Justice. While the facts in this case are not in all particulars identical with those in *McIntyre* v. *Ragan,* 179 *Ga.* 360 (175 S. E. 795), the controlling fact and the essential issue are the same. The judge based his decision sustaining the demurrer to the petition in the present case on the decision just cited, and properly held that decision controlling. *Judgment affirmed. All the Justices concur, except* Rᴜssᴇʟʟ, Chief Justice, who dissents for the same reasons as stated in the case of *McIntyre* v. *Ragan,* supra.

No. 11006. Aᴘʀɪʟ 16, 1936.

*Alfred Herrington Jr.,* for plaintiffs.
*Saffold & Sharpe,* for defendant.

## McGINTY et al. v. CHAMBERS, clerk, et al.

No. 11016. Aᴘʀɪʟ 16, 1936.

*Jesse M. Sellers,* for plaintiffs.
*H. H. Anderson* and *W. B. Robinson,* for defendants.

Hᴜᴛᴄʜᴇsᴏɴ, Justice. J. Roy McGinty Sr. and J. Roy McGinty Jr., owner and editor respectively of the Chatsworth Times, on July 3, 1935, filed their petition against Robert E. Chambers as clerk of the superior court, and B. H. Wilbanks as sheriff, to